JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARQUEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, CAMINO FEDERAL CREDIT UNION,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01045-AB (JPRx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION DISMISSING WITH PREJUDICE DEFENDANT EXPERIAN INFORMAITON SOLUTIONS, INC. |

THE COURT having reviewed the Parties' Stipulation for Dismissal with Prejudice of Defendant Experian Information Solutions, Inc., **IT IS HEREBY ORDERED** that Defendant Experian Information Solutions, Inc., is **DISMISSED with prejudice** from the matter.  Each party shall bear its own attorneys' fees and costs.  Because all named Defendants have now been dismissed with prejudice (*See* Dkt. Nos. 21, 28), this action is hereby **DISMISSED in its entirety**.  All pending dates and deadlines are **VACATED**.

　　　　**IT IS SO ORDERED.**

DATED: October 28, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE